**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERT A. STOWMAN, JR., et al.,   )
              Plaintiffs,   )
    v.   )    Civil Action No. 06-226 Erie
RIDGWAY SCHOOL DISTRICT, et al.,   )
              Defendants.   )

## **MEMORANDUM ORDER**

Plaintiffs' civil rights complaint was received by the Clerk of Court on October 2, 2006 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on May 31, 2007, recommended that: (1) the motion to dismiss filed on behalf of Defendant Richard A. Masson [8] be granted, and (2) the motion to dismiss filed on behalf of Defendants Ridgway School District, James Cline, Gary Elder, Karen Scull, and William Connelly [20] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiffs by certified mail at their address of record and on the Defendants. No objections were filed. After de novo review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 28th Day of June, 2007;

IT IS HEREBY ORDERED that the motion to dismiss filed on behalf of Defendant Richard A. Masson [8] is GRANTED.

IT IS FURTHER ORDERED that the motion to dismiss filed on behalf of Defendants Ridgway School District, James Cline, Gary Elder, Karen Scull, and William Connelly [20] is GRANTED.

The report and recommendation of Chief Magistrate Judge Baxter, dated May 31, 2007 [26], is adopted as the opinion of this Court.

                                                                s/ <u>SEAN J. McLAUGHLIN</u>
                                                                Sean J. McLaughlin
                                                                United States District Judge

cc:     all parties of record
          Chief U.S. Magistrate Judge Baxter